460 A.2d 861

Olivetti Corp., Appellant v. Silia.
Reversed and Remanded Nov. 14, 1983.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

ROWLEY, J., filed a memorandum dissenting opinion.

460 A.2d 861

Sweeney et ux., Appellants v. Bakeman et ux.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.